# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELE FELDMAN,** | Case No.: 2:21-cv-05432 SB-JC |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| **COX COMMUNICATIONS, INC.** | |
| Defendant(s). | |

Based upon the parties' stipulation, and good cause appearing therefor, the Court hereby **grants** the stipulation and **dismisses** this action with prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 19, 2022

_____
HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT COURT JUDGE